FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE*
*NORTHERN DISTRICT OF OHIO*

FILED

AUG 1 7 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Vladimir Vladimirovich Brik

(Enter above the full name of the plaintiff in this action)

VS.

C. McConnell

(Enter above the full name of the defendant(s) in this action

4:20 CV 1825

CIVIL CASE NO JUDGE PEARSON

JUDGE_____

COMPLAINT

I.  Previous Lawsuits

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES ☐  NO ☑

    B.  If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.  Parties to this previous lawsuit

        Plaintiffs_____

        _____

        Defendants_____

        _____

    2.  Court (if federal court, name the district; if state court, name the county)

    _____

    3.  Docket Number _____

    4.  Name of judge to whom case was assigned_____

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit_____

7. Approximate date of disposition_____

II.  Place of Present Confinement FCI Elkton, Lisbon OH 44432

A. Is there a prisoner grievance procedure in this institution?    YES ☑  NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   YES ☑    NO ☐

C. If your answer is YES,

   1. What steps did you take? BP-8 on May 4, 2020, Sensitive BP-10 on June 15, 2020.

   2. What was the result? No responses to either.

   _____

D. If your answer is NO, explain why not_____

   _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
   YES ☐    NO ☐

F. If your answer is YES,

   1. What steps did you take?_____

   _____

   2. What was the result?_____

   _____

- 3 -

III.   Parties

(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any).

A.   Name of the Plaintiff  Vladimir V. Brik

    Address  FCI Elkton, P.O. Box 10, Lisbon, OH 44432

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Use item C for the names, positions and places of employment of any additional defendants).

B.   Defendant  C. McConnell  is employed as  RN  at  FCI Elkton

C.   Additional Defendants  Dr. J. Dunlap, Mr. Nestle (Correctional Officer). FCI Elkton.

IV.   Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph.  Use as much space as you need. (Attach extra sheet(s) if necessary).

*See following attached page*

NAME: Vladimir Brik
REG.# 18466-041
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, Ohio 44432

7020 0090 0001 5033 6208



Carl B. Stokes U.S. Court House
Clerk of Court
801 West Superior Avenue
Cleveland OH 44113